Law Office
**TERRY N. GRIMES, ESQ., P.C.**
FRANKLIN COMMONS
320 Elm Avenue, SW
Roanoke, Virginia 24016-4002

TELEPHONE 540.982.3711
FACSIMILE 540.345.6572

Terry N. Grimes, Esquire
tgrimes@terryngrimes.com

Brittany M. Haddox, Esquire
bhaddox@terryngrimes.com

April 26, 2016

VIA ELECTRONIC TRANSMISSION

Julia C. Dudley, Clerk
United States District Court
P.O. Box 1234
Roanoke, Virginia 24011

RE: Brandi R. Taylor v. Cardiology Clinic, Inc., et al.
Case No. 4:14-cv-00046

Dear Ms. Dudley:

This letter will confirm that I have this day forwarded to counsel for defendants in the above-referenced matter a Response to Defendants' Second Requests for Production to Plaintiff.

Thank you. With kind regards, I remain,

Very truly yours,

TERRY N. GRIMES, ESQ., P.C.

/s/*Terry N. Grimes*

Terry N. Grimes

/tsm
c: Brandi R. Taylor (w/enc.)
Paul G. Beers, Esq. (w/enc.) (via email and United States Mail)